■ LORRAINE DESROCHES, Appellant, v. JOHN DESROCHES, Respondent.—
The order appealed from was made at a Special Term held for Schenectady
County in a matrimonial action brought, heard and determined in that county.
Through error the order was entered in Onondaga County (CPLR 2220, subd.
[a]). Notice of appeal was filed in Schenectady County. The order and
the papers upon which it was made, or certified copies thereof, should be
transmitted to Schenectady County for entry and filing there (CPLR 2001, 5019,
subd. [a]). Determination of appeal withheld pending such transmittal.
Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Claim of GLENNIE DANIELS, Appellant, v.
LOSHEN BROS. et al., Respondents. WORKMEN'S COMPENSATION BOARD,
Respondent.— *Per Curiam.* The board's findings are supported by substantial
evidence and we are without authority to disturb its factual determination
and the resultant disallowance of the claim. Decision affirmed, without costs.
Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.